# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **DANIEL PATTERSON** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:25-cv-01774-MRH |
| | ) |
| **WAJDA LAW GROUP, APC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Erin Bradberry, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Aspiring Media Solutions in Madison County, IN on February 23, 2026 at 2:00 pm at 309 W 11th St, Anderson, IN 46016-1329 by leaving the following documents with Tia Shatswell who as Receptionist is authorized by appointment or by law to receive service of process for Aspiring Media Solutions.

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION
and Witness Fee Check in the amount of $69.00

Additional Description:
Greeted at front desk by receptionist Tia Shatswell. She said the owner is out of town until Friday, and she is able to accept service. Advised of paperwork contents. Witness fee check included. Endorsed copy.
Race: White, Sex: Female, Est. Age: 35-44, Hair: Auburn, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.1047559441,-85.6835547808
Photograph: See Exhibit 1

Total Cost: $165.90

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Madison County ,

IN       on    2/24/2026    .

/s/ *Erin Bradberry*

Signature
Erin Bradberry
+1 (765) 425-9860



Exhibit 1a)









Exhibit 1e)



Exhibit 1f)