

## Aspiring Media Solutions Marketing Firm

Advertising Services

Cheyenne , WY · 69 followers

Follow

View all 15 employees

## About us

The Future of Marketing. Now National marketing firm Aspiring Media Solutions specializes in working with clients to target consumers for their business, captivate their senses and inspire them to act. Aspiring Media Solutions takes online and integrated marketing to an entirely new level using business experience from integrated partners and great relationships with our clients. Clients consider us a one stop shop for all of their marketing needs because rather than merely generating leads, building websites and being an industry leader in website SEO consulting we are able to help our clients grow their business. Every client relationship is based on the performance of our capabilities to consistently prove our value to their business organization. Service Capabilities Include: * Custom Web Design and Development – Our professional and talented team of designers and web developers have built countless business, e-commerce, informational and social network sites. We strive to make each client's vision of their online company and business come to life through their website. * Custom Lead Generation – Aspiring Media Solutions works with unique marketing channels and integrated partners to reach out to potential

customers that meet the defined criteria for new lead acquisition through a custom built marketing platform. * Online Marketing * Logo Design * Search Engine Optimization * Social Networking We recognize that it takes a team effort to be a successful business in today's environment and value the strong relationships with all of our integrated partners. To learn more about the firm and discuss your marketing, web design and development, communications and/or creative needs, contact us at 317-902-0964 begin_of_the_skype_highlighting          317-902-0964     end_of_the_skype_highlighting or email us at bharris@aspiringmediasolutions.com

| | |
|---|---|
| **Website** | http://www.AspiringMediaSolutions.com ↗ |
| **Industry** | Advertising Services |
| **Company size** | 11-50 employees |
| **Headquarters** | Cheyenne , WY |
| **Type** | Privately Held |

**Specialties**

Custom Web Design and Development, Online Marketing, Email Marketing, Direct Mail Pieces, Custom Built Marketing Platforms, Logo Design, Lead Generation, Marketing Consulting, and Social Networking

## Locations

Primary

1712 Pioneer Avenue
Suite 115
Cheyenne , WY 82001 , US
Get directions

## Employees at Aspiring Media Solutions Marketing Firm

Bryan Harris

James Cooper

Bindu Naidu

Ramyashreeayyappa Bubbly

See all employees

# Similar pages


**namsbel**
IT Services and IT Consulting
Melbourne, Victoria


**Xentricx Technologies PVT.LTD**
IT Services and IT Consulting
Solapur, Maharashtra


**Swiss Security Services**
Security and Investigations
Zug, Canton of Zug


**sumaiya nadaf**
Marketing Services

Show more similar pages ⌄

© 2026

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Community Guidelines                    Language