| | |
|---|---|
| **DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, Plaintiff,** <br><br> **v.** | **Misc. Case No. 1:26-mc-15-TWP-TAB** |
| **ASPIRING MEDIA SOLUTIONS Non-Party Subpoena Recipient.** <br><br><br> **DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, Plaintiff,** <br><br> **v.** <br><br> **WAJDA LAW GROUP, APC, Defendant.** | **Underlying Action Pending in the U.S. Western District of Pennsylvania** <br><br><br> **Case No. 25-cv-1774** |

## NOTICE OF LIMITED APPEARANCE: IN RE: Subpoena in

## Case No. 1:26-mc-00015

Attorney Felix Rippy, Esq., hereby enters an appearance in this matter for the limited purpose of representing non-party witness Aspiring Media Solutions and deponent Bryan Harris in connection with a subpoena and deposition noticed in this miscellaneous action.

This appearance is expressly limited to issues arising from the subpoena, including any deposition, motion practice, or related proceedings in this Court, and does not constitute an appearance in the underlying action pending in the United States District Court for the Western District of Pennsylvania, Case No. 2:25-cv-010774-MRH. Felix Rippy avers that he is licensed in the Northern and Southern District Courts of Indiana as well as all four District Courts of the State of Texas, and in Colorado and New Mexico, but not in the Western District of Pennsylvania, home of the underlying case at bar.

Page **1** of **2**

Respectfully submitted,


WELCH & COMPANY, LLC

*/s/ Felix Rippy* (17519-18) Texas (16937400)
117 East Charles, Suite 201
Muncie, IN 47305
Telephone:  765-282-9501
Frippy@ewelchlaw.com


## **CERTIFICATE OF SERVICE**


I hereby certify that on March 27, 2026, a copy of the foregoing limited appearance has been served upon the following counsel of record via email:

JRAJKOWSKI@wcmlaw.com, SRaszewski@wcmlaw.com, shenderson@wcmlaw.com, and RCosgrove@wcmlaw.com, and on

Andrew Perrong, Esq. at a@perronglaw.com

All counsel or parties of record were also served herewith by the Court's electronic filing system on the day of filing listed above.

WELCH & COMPANY, LLC

*/s/ Felix Rippy* (17519-18) Texas (16937400)
117 East Charles, Suite 201
Muncie, IN 47305
Telephone:  765-282-9501
Frippy@ewelchlaw.com