**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, <br>     Plaintiff, <br><br> v. <br><br> ASPIRING MEDIA SOLUTIONS <br><br>     Non-Party Subpoena Recipient. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Misc. Case No. <br>   Case 1:26-mc-00015-TWP-TAB |
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, <br>     Plaintiff <br><br> v. <br><br> WAJDA LAW GROUP, APC <br><br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Underlying Action Pending in the U.S. <br><br> Western District of Pennsylvania <br><br><br> Case No. 25-cv-1774 |

**RESPONDENT'S NOTICE OF RESOLUTION AND REQUEST TO DENY MOTION AS MOOT**

Respondent Aspiring Media Solutions, by counsel, notifies the Court that the parties have reached an agreement verbally resolving the Motion to Enforce Deposition Subpoena filed March 19, 2026 [Document# 1], and respectfully requests that the Court deny the motion as moot.

The parties have agreed that Respondent will appear for deposition via Zoom on April 15, 2026, at 10:00 a.m. Eastern Time using either party's Zoom link. The parties will confer and provide written notice of the final link by end of day April 10, 2026.

This agreement resolves the motion in full pursuant to S.D. Ind. L.R. 7-1(h). No hearing

is necessary. If any party disputes this agreement in any way, or there is difficulty reducing it to writing, or if any party wants to proceed, they can reply under L.R. 7-1(c)(3)(B), also before the date and time of the deposition listed above.

RESPECTFULLY SUBMITTED AND DATED this April 1, 2026.


/s/ Felix Rippy 17519-18, Texas Bar 16937400

Welch & Company, LLC

117 East Charles, Ste. 201
Muncie, IN 47305
frippy@ewelchlaw.com
Counsel for Aspiring and Bryan Harris, deponent


Certificate of Service

I certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of

Court using CM/ECF, which will send notification to all counsel of record.


 /s/ Felix Rippy

Exhibit: Proposed Order (PDF #2, label as "Exhibit A - Proposed Order")

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,
    Plaintiff,

v.

ASPIRING MEDIA SOLUTIONS

    Non-Party Subpoena Recipient.

:
:
:
:
:
:
:
:
:
:
:
:
:

Misc. Case No.
    Case 1:26-mc-00015-TWP-TAB

---

DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,
    Plaintiff

v.

WAJDA LAW GROUP, APC

    Defendant.

:
:
:
:
:
:
:
:
:
:
:

Underlying Action Pending in the U.S.

Western District of Pennsylvania

Case No. 25-cv-1774

ORDER DENYING MOTION AS MOOT

The Court, having reviewed Respondent's Notice of Resolution, finds that the parties have agreed to conduct the deposition on April 15, 2026, at 10:00 a.m. Eastern Time via Zoom, mooting the Motion to Enforce Deposition Subpoena.

The Motion is DENIED AS MOOT.

IT IS SO ORDERED this _____ day of _____, 2026.

_____
Magistrate Presiding,  United States District Court,
Southern District of Indiana