# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,
     Plaintiff,

v.

ASPIRING MEDIA SOLUTIONS

     Non-Party Subpoena Recipient.

:
:
:
:
:
:
:
:
:
:
:
:

Misc. Case No.
  1:26-mc-00015-TWP-TAB

Denied as moot. [Filing No. 5.]

Tim A. Baker
U.S. Magistrate Judge
Dated: 4/7/2026

DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,
     Plaintiff

v.

WAJDA LAW GROUP, APC

     Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Underlying Action Pending in the U.S. Western District of Pennsylvania

Case No. 25-cv-1774

## PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH RULE 30(b)(6) SUBPOENA OBLIGATIONS AND FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), 37(a)(1), 37(a)(3)(B)(ii), and 30(b)(6), Plaintiff Daniel Patterson ("Plaintiff"), by and through his counsel, Andrew Perrong, Esq., moves this Court for an order compelling non-party Aspiring Media Solutions ("Aspiring") to fulfill its mandatory obligations under Fed. R. Civ. P. 30(b)(6), specifically, to confer in good faith regarding the matters for examination identified in the subpoena served upon it (including based upon a recent Rule 16 Conference in the underlying litigation), and to designate one or more witnesses to testify on its behalf. Plaintiff further requests an award of attorney's fees and costs incurred in bringing this motion, pursuant to Fed. R. Civ. P. 37(a)(5).

1